## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBIN KARR ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 04-2037 (RWR) |
| PEC SOLUTIONS, INC. ) | |
| and ) | |
| ROBERT H. KENNARD ) | |
| Defendants. ) | |

### STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(ii), Plaintiff Robin Karr and Defendant PEC Solutions, Inc. ("PEC") hereby stipulate to the voluntary dismissal with prejudice of all claims that were asserted in this action against PEC. Each party shall bear its own costs and attorneys fees.

2

Respectfully submitted,


‎        /s/                                    
Peter C. Cohen
D.C. Bar No. 413247
Elaine Charlson Bredehoft
D.C. Bar No. 441425
CHARLSON BREDEHOFT & COHEN, P.C.
11260 Roger Bacon Drive
Suite 201
Reston, Virginia 20190
(703) 318-6800

Counsel for Plaintiff Robin Karr


‎        /s/                                    
Edward Lee Isler
D.C. Bar No. 417076
Michelle B. Radcliffe
D.C. Bar No. 435849
RAY & ISLER, P.C.
1919 Gallows Road
Suite 320
Vienna, Virginia 22182
(703) 748-2690

Counsel for Defendant PEC Solutions, Inc.